# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3162

_____

Larry Coffman,                              *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
      v.                                    *   District Court for the
                                            *   Eastern District of Missouri.
Alan Blake,                                 *
                                            *   [UNPUBLISHED]
            Appellee.                       *

_____

Submitted: June 25, 2007
Filed: June 28, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Larry Coffman appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  Coffman has provided no basis for reversal, and we find none upon careful review of the record.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.